THE PEOPLE, APPELLANTS, v. T. J. TAYLOR, RESPONDENT.

APPEAL from the District Court of the First Judicial District of the State of Nevada, Storey County, Hon. R. S. MESSICK presiding.

*G. A. Nourse* and *D. Corson*, for Appellants.

*Reardon & Hereford*, for Respondent.

Opinion by LEWIS, C. J., full Bench concurring.

The questions presented by the record in this case, are the same as those raised in the case of the *Hale & Norcross Gold and Silver Mining Company* v. *The County of Storey.* Upon the argument the counsel for the defendant urged that the complaint is ambiguous, unintelligible and uncertain; but this point is not taken by the demurrer, and therefore was improperly before us. I have no hesitation, however, in saying that with the exception of a few verbal inaccuracies, the complaint is perfectly good. For the reason given in the opinion in the case of the *Hale & Norcross Company* v. *The People of Storey*, the judgment of the Court below in this case must be reversed.